IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON ORTIZ-OSORIO, *et al.*,

    Plaintiffs,

    v.                                                                      CIVIL NO. 13-1352 (BJM)

MUNICIPALITY OF LOIZA, *et al.*,

    Defendants.

**FINAL JUDGMENT**

The parties' Consent Decree (Docket No. 48) is approved, adopted, and ordered implemented.

Judgment is hereby entered incorporating the terms of the Consent Decree.

The court will retain jurisdiction to enforce the Consent Decree.

This case is now closed for statistical purposes.

SO ORDERED.

In San Juan, Puerto Rico this 27th day of July, 2015.

                                                          *s/Bruce J. McGiverin*
                                                          BRUCE J. McGIVERIN
                                                          United States Magistrate Judge